JS-6

FILED
CLERK, U.S. DISTRICT COURT
11/19/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM KIM,<br><br>        Plaintiff,<br><br>        v.<br><br>ANCA, INC., et al.,<br><br>        Defendants. | Case No. CV 19-5316 FMO (AFMx)<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the above-captioned case is **dismissed**.

Dated this 19th day of November, 2019.

                                                        /s/
                                       Fernando M. Olguin
                                     United States District Judge